

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00493-CV

Rory W. **COMERIO**,
Appellant

v.

Debra Ann **COMERIO**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19928
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellee Debra Ann Comerio recover her costs of this appeal from appellant Rory W. Comerio.

SIGNED June 4, 2014.

_____
Luz Elena D. Chapa, Justice